## Kline Unemployment Compensation Case.

Argued April 14, 1964. *Louis J. W. Kline,* appellant, in propria persona; *Sydney Reuben,* Assistant Attorney General, *Raymond Kleiman,* Deputy Attorney General, and *Walter E. Alessandroni,* Attorney General, for Unemployment Compensation Board of Review, appellee, submitted a brief.

Decision affirmed.